**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00792-CV

### ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER A/K/A EAST TEXAS MEDICAL CENTER TYLER, Appellant

### V.

### THE ESTATE OF THERESA FREEMAN BY AND THROUGH RADONDA ELLIS AS INDEPENDENT EXECUTOR AND LEWIS EDMOND CREED, JR., Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 99320-422**

## ORDER

Before the Court is appellant's July 23, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **September 7, 2018**.

/s/     ADA BROWN
         JUSTICE